UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE HAITHCOCK | ) | CASE NO. 1:12CV429 |
|     Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSION | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
|     Defendant. | ) | |

The Social Security Administration denied Haithcock's application for child's benefits and disability benefits. Haithcock sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1). On October 5, 2012, the parties filed a joint proposed stipulation to remand. Doc. 26. On October 10, 2012, the Magistrate Judge submitted a report and recommendation recommending that the Court enter judgment remanding the case to the Commissioner on the terms set out in the joint stipulation. Doc. 27. On October 19, this Court referred the case back to the Magistrate Judge to provide specifics as to why there was good cause for remand. Doc. 28. On November 7, 2012, the Magistrate Judge issued a second R&R, again recommending that the case be remanded for reconsideration of the decision denying Haithcock's child's benefits and disability insurance benefits claims. Doc. 33. This second R&R satisfied this Court's mandate to provide a specific cause for remand. On November 21, 2012, the Commissioner filed a response to the Magistrate Judge's R&R, stating that he would not object to the recommendation. Doc. 34. Haithcock did not file any objections.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. Plaintiff did not filed objections and the Commissioner specifically

stated that he did not object.  Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

    Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is REMANDED for reconsideration.

    IT IS SO ORDERED.

Dated:  <u>November 26, 2012</u>                    <u>/s/ John R. Adams</u>
                                                    UNITED STATES DISTRICT JUDGE